James K. Schultz, Esq. (SBN 309945)
Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, ISRAEL & SHARTLE, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   877/334/0661
jschultz@sessions.legal
dkirkpatrick@sessions.legal

Attorney for Defendants

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FREED, | Case No.: 5:19-CV-1723-MWF-SHK |
| Plaintiff | |
| vs. | JOINT NOTICE OF SETTLEMENT |
| MID VALLEY COLLECTION BUREAU, THE LAW OFFICES OF CLARK GAREN, THE LAW OFFICES OF CHRISTOPHER STAPLETON, THE BEST SERVICE COMPANY, INC., TODD SHIELDS, DONALD HOPP and DOES 1 through 10 inclusive, | |
| Defendants. | |

Notice is hereby given that this matter has been settled in its entirety. The parties anticipate the settlement agreement will be fully executed and the settlement terms will be fully performed within 30 days. The parties will then file a stipulation for dismissal of the action with prejudice.

Dated: 12/2/20     LAW OFFICES OF AMIR J. GOLDSTEIN

/s/Amir J. Goldstein
Amir J. Goldstein
Attorney for Plaintiff
Michael Freed

Dated: 12/2/20     SESSIONS, ISRAEL & SHARTLE, L.L.P.

/s/Debbie P. Kirkpatrick
Debbie P. Kirkpatrick
Attorney for Defendants

## SIGNATURE ATTESTATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that I have obtained the concurrence of Amir J. Goldstein, counsel for Plaintiff, in the content of this document and his authorization to file it.

Dated: 12/2/20     SESSIONS, ISRAEL & SHARTLE, L.L.P.

/s/Debbie P. Kirkpatrick
Debbie P. Kirkpatrick