James K. Schultz, Esq. (SBN 309945)
Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, ISRAEL & SHARTLE, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   877/334/0661
jschultz@sessions.legal
dkirkpatrick@sessions.legal

Attorney for Defendants

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FREED, | Case No.: 5:19-CV-1723-MWF-SHK |
| Plaintiff | |
| vs. | JOINT STIPULATION TO DISMISS |
| MID VALLEY COLLECTION BUREAU, THE LAW OFFICES OF CLARK GAREN, THE LAW OFFICES OF CHRISTOPHER STAPLETON, THE BEST SERVICE COMPANY, INC., TODD SHIELDS, DONALD HOPP and DOES 1 through 10 inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff, Michael Freed, and Defendants, Mid Valley Collection Bureau, The Best Service Company, Inc., Law Offices of Clark Garen, and Law Offices of Christopher Stapleton, pursuant to Fed. R. Civ. P. 41, that this action shall be dismissed in its entirety with prejudice.  Each party is to bear its own costs.

Dated:12/28/20                    LAW OFFICES OF AMIR J. GOLDSTEIN

                                  */s/Amir J. Goldstein*
                                  Amir J. Goldstein
                                  Attorney for Plaintiff
                                  Michael Freed

Dated: 12/28/20                   SESSIONS, ISRAEL & SHARTLE, L.L.P.

                                  */s/Debbie P. Kirkpatrick*
                                  Debbie P. Kirkpatrick
                                  Attorney for Defendants

## SIGNATURE ATTESTATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that I have obtained the concurrence of Amir J. Goldstein, counsel for Plaintiff, in the content of this document and his authorization to file it.

Dated:12/28/20                    SESSIONS, ISRAEL & SHARTLE, L.L.P.

                                  */s/Debbie P. Kirkpatrick*
                                  Debbie P. Kirkpatrick