# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FREED,<br><br>    Plaintiff<br><br>vs.<br><br>MID VALLEY COLLECTION BUREAU, THE LAW OFFICES OF CLARK GAREN, THE LAW OFFICES OF CHRISTOPHER STAPLETON, THE BEST SERVICE COMPANY, INC., TODD SHIELDS, DONALD HOPP and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No.: 5:19-CV-1723-JWH-SHKx<br><br>ORDER APPROVING JOINT STIPULATION TO DISMISS |

ALL PARTIES to the above captioned action having stipulated that the action shall be dismissed in its entirety, and the Court having considered the same,

IT IS ORDERED that this action shall be dismissed in its entirety with prejudice. Each party is to bear its own costs.

Dated: December 28, 2020

_____
Hon. John W. Holcomb
United States District Judge